IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| A.B. BY HER NXT FRIEND KANDAS HOLMES-BARNES, ) ) ) Plaintiff, ) ) v. ) ) COLUMBIA PUBLIC SCHOOL ) SYSTEM, *et al.* ) ) Defendant. ) | Case No. 2:20-cv-04061-MDH |

## ORDER

Pending before the Court is Dan Viet's Motion for Leave to Withdraw (Doc. 27) whereby Mr. Viet requests the Court allow him to withdraw as attorney of record for Plaintiff. Mr. Viet is the sole attorney of record for the Plaintiff in this case. Mr. Viet states that Plaintiff has already been seeking another attorney for representation in this case, and the present jury trial setting is still more than one year away from now. If he has not already, Mr. Viet is ordered to notify Plaintiff of his pending Motion and to further advise Plaintiff that she, upon the withdrawal of Mr. Viet as her attorney of record, will have 30 days to retain new counsel or must proceed in this matter *pro se*. Mr. Viet is ordered to notify the Court once he has communicated the contents of this Order to Plaintiff.

**IT IS SO ORDERED.**

Dated: September 21, 2020            */s/ Douglas Harpool*
                                                                       **DOUGLAS HARPOOL**
                                                                       **United States District Judge**